GLENN E. SOLOMON (State Bar No. 155674)
E-Mail: gsolomon@health-law.com
AMANDA L. HAYES-KIBREAB (State Bar No. 224403)
E-Mail: ahayes-kibreab@health-law.com
**HOOPER, LUNDY & BOOKMAN, P.C.**
1875 Century Park East, Suite 1600
Los Angeles, California 90067-2517
Telephone: (310) 551-8111
Facsimile: (310) 551-8181

JENNIFER A. HANSEN (State Bar No. 216327)
E-Mail: jhansen@health-law.com
**HOOPER, LUNDY & BOOKMAN, P.C.**
101 West Broadway, Suite 1200
San Diego, California 92101-3890
Telephone: (619) 744-7300
Facsimile: (619) 230-0987

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| UHS-CORONA, INC. dba CORONA REGIONAL MEDICAL CENTER, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>AETNA HEALTH OF CALIFORNIA, INC., a California Corporation, *et al.*,<br><br>Defendants. | Case No. 5:15-cv-01379 JGB (SPx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>The Hon. Jesus G. Bernal |

Having considered the Joint Stipulation to Dismiss Entire Action with Prejudice, submitted by the Parties in this action, the Court finds that good cause exists to dismiss the entire action, with prejudice. As such, the parties' request is **GRANTED**.

**IT IS SO ORDERED.**

Dated: March 17, 2017

Honorable Jesus G. Bernal
United States District Judge